UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**TIMOTHY DUNCAN**                              **CIVIL ACTION**
**VERSUS**
**CITY OF ZACHARY, ET AL.**              **NO.:14-00672-BAJ-EWD**

<u>ORDER AND RULING</u>

Considering the **Joint Motion to Dismiss (Doc. 10)** filed by Plaintiff Timothy Duncan and Defendants City of Zachary, David McDavid and the City of Zachary Police Department,

**IT IS ORDERED** that the **Joint Motion to Dismiss (Doc. 10)** is **GRANTED.**

**IT IS FURTHER ORDERED** that the above-captioned action is **DISMISSED WITH PREJUDICE**.

Baton Rouge, Louisiana, this <u>12th</u> day of January, 2016.

_____
**BRIAN A. JACKSON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

JURY